# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2024

## NO. 03-24-00085-CV

**Eric Ross, Appellant**

**v.**

**Conn's Appliances, Inc. d/b/a Conn's Homeplus, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, TRIANA AND KELLY**
**DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on September 21, 2023. The parties have filed an agreed motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. Both parties shall pay all costs relating to this appeal, both in this Court and in the court below.